# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **FELICIA BANKS, on behalf of herself and all others similarly situated,** ) ) ) **Plaintiff,** ) ) **v.** ) ) **METHODIST LE BONHEUR HEALTHCARE,** ) ) ) **Defendant.** ) ) | No. 2:23-cv-2156-atc |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered, and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in compliance with the Order of Dismissal entered in the above-styled case on December 1, 2023, this case is **DISMISSED WITH PREJUDICE**.

APPROVED:

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

December 1, 2023
Date